UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD MILON FIELDS, aka REGINALD FIELDS,<br><br>              Petitioner,<br><br>vs.<br><br>SHERIFF LEROY D. BACA,<br><br>              Respondent. | Case No. CV 08-4320-GAF(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: 7/10/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-4320.mdo
7/2/08